1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | NO:  3-05-70967 EDL |
| 12            Plaintiff, | |
| 13       vs. | |
| 14  MICHAEL RADER, | [PROPOSED] ORDER ALLOWING TRAVEL |
| 15            Defendant. | |
| 16 | |
| 17 | |

18
19       Upon request of defendant and good cause appearing,
20       IT IS HEREBY ORDERED that MICHAEL RADER may travel to Lake Tahoe,
21  California from February 8-10, 2006.
22
23
24  DATED:  February 6, 2006                    _____
25                                              ~~JUDGE, U.S. DISTRICT COURT~~
                                                HON. MARIA-ELENA JAMES
26
27
28