```
Lewis Romero, CASBN 197123
Paul Alaga, CASBN 221165
885 Bryant Street, Suite 202
San Francisco, CA 94103
415.581.0885 Tel
415.581.0887 Fax
```

Attorneys for Michael Rader

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL RADER,<br><br>            Defendant. | NO:      3-05-70967 EDL<br><br><br><br>EX PARTE REQUEST<br>FOR TRAVEL ORDER |

COMES NOW defendant MICHAEL RADER, through counsel, and hereby requests permission to travel outside the Northern District of California. In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this Court. I am the attorney of record for defendant MICHAEL RADER.

Defendant respectfully requests permission to travel to Lake Tahoe, California. Mr. Rader will be driving with girlfriend/custodian to Lake Tahoe on December 29, 2006. Mr. Rader will drive back to San Francisco from Lake Tahoe on January 2, 2007.

This court has previously approved travel to Lake Tahoe for Mr. Rader in December of 2005 and July of 2006. In addition, on December 26, 2006 Pretrial Services Officer Michelle

1 Nero stated to defense counsel (vial telephone) that she has no objection to the requested travel
2 plans. Similarly, A.U.S.A. Laurel Beeler stated via email on December 22, 2006 that she had no
3 objection to the travel order under these circumstances.
4
5     Based on the foregoing, I respectfully request that the court grant Mr. Rader permission
6 to travel.
7     I declare under penalty of perjury that the foregoing is true and correct, and that this
8 declaration is executed on December 26, 2006 at San Francisco, California.

                                                                   /s/ Lewis Romero
                                                                     Lewis Romero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>MICHAEL RADER,<br><br>        Defendant. | NO:   3-05-70967 EDL<br><br><br>ORDER ALLOWING TRAVEL |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that MICHAEL RADER may travel to Lake Tahoe, California from December 29, 2006 through January 2, 2007.

DATED:   December 29, 2006

_____
JUDGE, U.S. DISTRICT COURT

3