UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3-05-70967 EDL (JCS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL RADER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The case is currently set for status on March 27, 2007. Based on a scheduling conflict for the defense, the parties ask the Court to set the case on calendar on March 20, 2007.

STIPULATED:

DATED: __03/08/07__        _____/s_____
                                          LEWIS ROMERO
                                          Attorney for MICHAEL RADER

DATED: __03/08/07__        _____/s_____
                                          LAUREL BEELER
                                          Assistant United States Attorney


For good cause shown, the Court vacates the March 27, 2007, status date and resets the case for status on March 20, 2007, at 9:30 a.m. before the duty magistrate judge.

IT IS SO ORDERED.

DATED:__March 9, 2007__        _____
                                                United States Judge

*Judge Joseph C. Spero*

STIPULATION AND ORDER(3-05-70967 EDL) (JCS)