|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 07 0125 MAG (JCS) |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER DOCUMENTING WAIVER |
| MICHAEL RADER, | ) | |
| Defendant. | ) | |

    With the agreement of the parties, the Court enters this order excluding time under the Speedy Trial Act from the date of this order to April 27, 2007, the next court date.

    1. On March 20, 2007, Michael Rader appeared in court with counsel and was arraigned on a misdemeanor information. He provided the Court with a signed copy of the plea agreement, and the Court put the matter over for entry of plea on April 27, 2007, which is the first date defense counsel was available based on previously-scheduled commitments.

    2. Because the Court is considering a proposed plea agreement, time is excluded under the Speedy Trial Act. <u>See</u> 18 U.S.C. § 3161((h)(1)(I). In addition, the parties agree, and the Court finds and holds, that failure to grant a continuance to April 27, 2007, would unreasonably deny the defense continuity of counsel. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree, and the Court also finds, that the ends of justice served by excluding the period from the date of this order to April 27, 2007, outweigh the best interest of the public and the defendant in a speedy

STIPULATION AND ORDER (CR 07 0125 MAG (JCS))

1  trial. Id. § 3161(h)(A).

2     3. Accordingly, and with the agreement of the parties, the Court orders that the period from

3  the date of this order to April 27, 2007 be excluded from Speedy Trial Act calculations under 18

4  U.S.C. § 3161(h)(8)(A) & (B)(iv).

5  STIPULATED:

6  DATED: March 21, 2007        /s
                                      LEWIS ROMERO

7                                        Attorney for MICHAEL RADER

8  DATED: March 21, 2007        /s
                                      LAUREL BEELER

9                                        Assistant United States Attorney

IT IS SO ORDERED.

10 DATED: 3/22/7

11                                       JOSEPH C. SPERO
                                      United States Magistrate Judge

STIPULATION AND ORDER (CR 07 0125 MAG (JCS))    2