JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile:   (415) 436-7234
    E-mail:     laurel.beeler@usdoj.gov

Attorneys for Plaintiff

FILED
08 DEC 10 PM 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: 07 125 MAG (JCS) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| MICHAEL RADER, | ) | |
| Defendant. | ) | |

    With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and based on the parties' plea agreement and the defendant's successful completion of prejudgment probation, the United States Attorney for the Northern District of California dismisses the above information charging misdemeanor possession of ecstacy in violation of 21 U.S.C. § 844(a).

DATED: 12/09/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

LAUREL BEELER
Assistant United States Attorney

    Leave is granted to dismiss the information.

IT IS SO ORDERED.

_____
JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 07 0125 MAG (JCS)