1  Michael Rader
2  Defendant
3  (415) 430-8304 (TEL)
4  (415) 704-3403 (FAX)

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,        )
                                    )
9            Plaintiff,             ) Criminal No.: 07 125 MAG (JCS)
                                    )
10     vs.                          ) [Proposed] ORDER RETURNING PASSPORT
                                    )
11 MICHAEL RADER,                   )
                                    )
12           Defendant              )
                                    )
13 _____

14
15
16 IT IS HEREBY ORDERED that having been entered a Notice of
17 Dismissal on December 10, 2008, that the clerk of the court is
18 ordered to return to DEFNEDANT his United States Passport,
19 surrendered as surety at Defendant's initial appearance.
20
21
22     Dated: May 18, 2009
23
24                                              
25
26
27
28

                  [PROPOSED] ORDER RETURNING PASSPOET